UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


| | | |
|---|---|---|
| K.P. | : | CIVIL ACTION |
| VERSUS | : | NO. 07-CV-879 |
| LORRAINE LEBLANC, ET AL | : | CHIEF JUDGE RALPH E. TYSON |
| | : | AUGUST 26, 2009 |

==============================================================

ORAL ARGUMENT

==============================================================

A P P E A R A N C E S

FOR THE PLAINTIFFS:

      MR. WILLIAM E. RITTENBERG,  ESQ.
      MS. STEPHANIE TOTI, ESQ.


FOR THE DEFENDANTS:

      MR. CARLTON JONES, III,   ESQ.


REPORTED BY:   JUDY Y. FRANCISCO, CCR

UNITED STATES COURTHOUSE
777 FLORIDA STREET
BATON ROUGE, LOUISIANA 70801
(225) 389-3566

1    **8-26-09 -  K. P.  V.  LORRAINE LEBLANC, ET AL 07-CV-879**

2         **THE COURT:**  GOOD MORNING.  BE SEATED.

3         **THE COURTROOM DEPUTY:**  CIVIL ACTION 07-879-RET; K.P.

4    VERSUS HOPE MEDICAL GROUP FOR WOMEN, ET AL.

5         **THE COURT:**  COUNSEL, WOULD YOU ALL MAKE APPEARANCES,

6    PLEASE?

7         **MR. JONES:**  GOOD MORNING, YOUR HONOR.  CARLTON JONES

8    HERE FOR THE DEFENDANTS.

9         **THE COURT:**  OKAY.

10   **MR. RITTENBERG:**  GOOD MORNING, YOUR HONOR.  BILL

11   RITTENBERG.  I REPRESENT THE PLAINTIFFS FROM NEW ORLEANS.  AND

12   I WOULD LIKE TO INTRODUCE TO THE COURT STEPHANIE TOTI FROM NEW

13   YOUR CITY, WHO WILL BE MAKING THE ORAL ARGUMENT.

14        **MS. TOTI:**  GOOD MORNING, YOUR HONOR.

15        **THE COURT:**  GOOD MORNING, MS. TOTI.  DO YOU HAVE A

16   CARD, MA'AM?

17        **MS. TOTI:**  YES.

18        **THE COURT:**  WHY DON'T YOU GIVE IT TO THE COURTROOM

19   DEPUTY.

20      ALL RIGHT.  THIS COMES UP ON MOTIONS TO DISMISS AND

21   MOTIONS FOR SUMMARY JUDGMENT.  SINCE THE MOTION TO DISMISS

22   RAISES JURISDICTIONAL QUESTIONS, LET'S START WITH THAT MOTION,

23   AND GO FROM THERE.

24        **MR. JONES:**  GOOD MORNING, JUDGE.

25        **THE COURT:**  GOOD MORNING.

1      **MR. JONES:**  WE FILED THESE MOTIONS TO DISMISS IN THE

2  EARLY PARTS OF THIS CASE AS TO ALL OF THE DEFENDANTS, TWO

3  SEPARATES MOTIONS, THOUGH.  THE MEMBERS OF THE PATIENTS'

4  COMPENSATION FUND OVERSIGHT BOARD, AND THEN MS. LEBLANC,

5  EXECUTIVE DIRECTOR OF THE PATIENTS' COMPENSATION FUND.

6      THESE CLAIMS, AS YOUR HONOR KNOWS FROM THE BRIEFS FROM

7  THE PLAINTIFFS, ARE CHALLENGE TO THE CONSTITUTIONALITY OF THE

8  LOUISIANA REVISED STATUTE 9:2800.12.  AND THESE CLAIMS ARE

9  RELATED TO -- ARE A CHALLENGE TO THAT STATUTE, AND

10  PARTICULARLY, REVISIONS IN THERE THAT REMOVE A CERTAIN CAUSE

11  OF ACTION FROM THE MEDICAL MALPRACTICE ACT.  CITING EX PARTE

12  YOUNG, JUDGE, I FILED THESE MOTIONS TO DISMISS EARLY IN THE

13  CASE TO INDICATE THAT THERE IS NOT SUFFICIENT CONNEXITY

14  BETWEEN THESE DEFENDANTS, AND THAT STATUTE, WHICH IS THE

15  SUBJECT OF THE CONSTITUTIONAL CHALLENGE.

16      JUDGE, I COULD POINT YOU TO THE STATUTE ITSELF, WHICH IS

17  PROBABLY THE BEST EVIDENCE WHY I BELIEVE THE MOTION TO DISMISS

18  SHOULD BE GRANTED IN THIS CASE.  THIS STATUTE, WHICH WAS

19  ENACTED IN 1997, CREATES A PRIVATE CAUSE OF ACTION FOR A WOMAN

20  SEEKING ABORTION AGAINST AN ABORTION PROVIDER IN CERTAIN

21  CIRCUMSTANCES.  THAT CAUSE OF ACTION SPECIFICALLY ALLOWS

22  DAMAGES TO AN EXTENT THAT INFORMED CONSENT IS NOT GIVEN PRIOR

23  TO THE ABORTION PROCEDURE.  THE PCF -- AND THE JUDGE MAY KNOW

24  THIS FROM SERVING ON THE STATE BENCH -- IS CREATED BY TITLE 40

25  OF THE LOUISIANA REVISED STATUTES.  AND THE PCF IS A VOLUNTARY

1  PROGRAM FOR PROVIDERS IN THE STATE WHEREAS THEY CAN PROVE

2  FINANCIAL RESPONSIBILITY, PAY A SURCHARGE.  AND THEN THEY ARE

3  ENTITLED TO TWO PARTICULAR ASPECTS OF THE MEDICAL MALPRACTICE

4  ACT.  ONE OF THOSE IS A MEDICAL REVIEW PANEL.  AND THAT IS A

5  PRESCREENING PANEL WHERE IT GOES THROUGH THE PROCESS PRIOR TO

6  LITIGATION BEING FILED.

7      THE SECOND PART OF THAT IS LIMITATION OF LIABILITY ON THE

8  BACK END ONCE THE MEDICAL MALPRACTICE CLAIM IS MOVED THROUGH

9  FRUITION.

10     THE CIVIL ACTION THAT'S PRESCRIBED BY 9:2800.12, IS A

11 PRIVATE CIVIL ACTION.  IT'S ONE BROUGHT BY A WOMAN WHO GOES TO

12 SEEK AN ABORTION AND FILED AGAINST THE ABORTION PROVIDER

13 SEEKING DAMAGES.  IT IS NOT ONE THAT INVOLVES THE PCF IN ANY

14 RESPECT.  THE ONLY PART OF THE STATUTE WHICH EVEN ARGUABLY

15 TRIGGERS THE MEDICAL MALPRACTICE ACT IS PART (C)(2).  AND

16 THAT'S WHERE THEY SAY THAT THE CAUSE OF ACTION DELINEATED DOES

17 NOT FALL UNDER THE MEDICAL MALPRACTICE ACT.

18     JUDGE, THESE PARTICULAR DEFENDANTS, AND THAT'S MS.

19 LEBLANC AND THE BOARD, THE OVERSIGHT BOARD, HAVE ABSOLUTELY

20 NOTHING TO DO WITH THE CIVIL PRIVATE ACTION BROUGHT BY AN

21 INJURED PART.  THE PCF DOES NOT BRING THESE ACTIONS.  THE PCF

22 DOES NOT RECEIVE THOSE ACTIONS.  THE PCF SERVES TWO PURPOSES:

23 ONE IS TO ORGANIZE A MEDICAL REVIEW PANEL ON THE FRONT END;

24 AND TO SERVE AS A BANK OR AN ACCESS INSURER FOR MEDICAL

25 MALPRACTICE CLAIMS ON THE BACK END.  AND SO TO CHALLENGE THE

1   CONSTITUTIONALITY OF THIS STATUTE AS TO THESE DEFENDANTS DOES

2   NOT SATISFY THE REQUIREMENTS OF EX PARTE YOUNG.

3       EX PARTE YOUNG, AS YOUR HONOR PROBABLY KNOWS, REQUIRES

4   THAT THERE BE SOME CONNECTION BETWEEN THE STATE ACTOR AND THE

5   CONSTITUTION, THE STATUTE THAT'S BEING CHALLENGED.  AND THAT'S

6   THE VERY LIMITED EXCEPTION TO THE ELEVENTH AMENDMENT IMMUNITY

7   OF A STATE ACTOR.  THERE'S NO DISPUTE THAT MS. LEBLANC IS A

8   STATE ACTOR AS THE EXECUTIVE DIRECTOR OF THE FUND.  AND

9   THERE'S NO DISPUTE THAT THE BOARD MEMBERS ARE STATE ACTORS,

10  ALTHOUGH NOMINATED BY THE GOVERNOR AND APPOINTED THERE, THEY

11  ARE ACTING IN THE CAPACITY, AS APPOINTED, TO RELEGATE THE

12  OVERSIGHT BOARD.

13      THE NECESSARY FICTION OF EX PARTE YOUNG, AS IT'S BEEN

14  CALLED, REQUIRES THAT THERE BE SOME ACT OR THREATENING OF ACT,

15  OR AT LEAST THE ABILITY TO ACT BY THE STATE ACTOR.  THE

16  OVERSIGHT BOARD HAS BEEN ESTABLISHED THROUGH THE DEPOSITIONS

17  NOW THAT WERE FILED -- FRANKLY WERE TAKEN AFTER THIS MOTION TO

18  DISMISS WERE FILED, SHOWS THAT THE BOARD HAS NOTHING TO DO

19  WITH THE PANEL PROCESS.  AND THE BOARD MEMBERS HAVE NOTHING TO

20  DO WITH EVEN THE DISPOSITION OR THE CLAIMS ON THE BACK END.

21  THE BOARD APPROVES A BLANKET OF CLAIMS AT THE BOARD MEETINGS,

22  BUT THOSE ARE HANDLED BY THE PCF.  MS. LEBLANC, ON THE OTHER

23  HAND, AS EXECUTIVE DIRECTOR, HAS NOTHING TO DO WITH THE CIVIL

24  ACTIONS EITHER.  AND QUITE FRANKLY, ONCE THE MEDICAL REVIEW

25  PANEL IS SET UP, THE PCF HAS VERY LITTLE TO DO WITH A MEDICAL

1   REVIEW PANEL REQUEST, OTHER THAN JUST TO MONITOR IT, AND THE

2   PARTIES TAKE CARE OF THAT.  AND REALLY HAS NOTHING TO DO WITH

3   THE MEDICAL MALPRACTICE CLAIM UNTIL THE BACK END WHEN THE

4   CLAIM IS BROUGHT TO FRUITION.  THERE'S NOTHING IN THIS CASE TO

5   SHOW THAT THE BOARD OR MS. LEBLANC ARE THREATENING TO ACT OR

6   ACTING, OR EVEN HAVE THE ABILITY TO ACT TO SOMEHOW ENFORCE,

7   FIRST, THE CIVIL ACTION UNDER 9:2800.12 (A)(B) AND (C)(1).  OR

8   NOW THAT A MEDICAL REVIEW PANEL HAS BEEN SET UP ON THE CLAIM,

9   THE UNDERLINE CLAIM IN THIS CASE, THAT THEY CAN DO ANYTHING TO

10  STOP THAT.  THE ONLY REMAINING PART OF THIS CASE THAT REALLY

11  COULD EVER -- AND THIS GOES TO THE SUMMARY JUDGMENT MOTIONS

12  LATER -- PERHAPS BECOME RIPE SOMETIME IN THE FUTURE, IS THE

13  LIMITATION OF LIABILITY ISSUE.  JUDGE, AND I'LL SAVE THAT FOR

14  THE SUMMARY JUDGMENT ARGUMENT, IF WE GET TO THAT, THAT'S

15  SIMPLY NOT RIGHT RIGHT NOW.

16       WHAT THEY HAVE TO OVERCOME IN ORDER TO BRING THESE

17  DEFENDANTS INTO THIS COURTROOM TODAY, IS TO SHOW THAT THESE

18  DEFENDANTS ARE EITHER ACTED OR THREATENING TO ACT OR HAD THE

19  ABILITY TO ACT TO ENFORCE THIS STATUTE, WHICH THEY CLAIM IS

20  UNCONSTITUTIONAL.  AND I THINK, JUDGE, IF YOU READ EX PARTE

21  YOUNG AND ALL THE CASES THAT HAVE COME OUT UNDER EX PARTE

22  YOUNG, YOU WILL SEE THAT THE ELEVENTH AMENDMENT IMMUNITY HERE

23  STILL APPLIES TO THESE DEFENDANTS, AND THE JURISDICTION OF

24  THIS COURT, FRANKLY, IS NOT PROPER.  THANK YOU.

25            **THE COURT:**  JUST ONE QUESTION.  IT'S NOT DIRECTLY

1   RELEVANT TO THE ISSUES ON THE MOTION TO DISMISS, BUT MY

2   IMPRESSION WAS THAT THE BOARD WOULD NOT CONVENE A PANEL FOR A

3   CLAIM SUCH AS THIS.  AND I SEE IN YOUR BRIEF THAT A PANEL WAS

4   CONVENED, AND I'M JUST CURIOUS.

5          **MR. JONES:**  YES, SIR.  AND THAT GOES TO THE MOOTNESS

6   ARGUMENTS IN THE SUMMARY JUDGMENT IF WE GET THERE AS WELL.

7   BUT I'LL CONCEDE TO YOU, JUDGE, THAT INITIALLY WHEN THIS

8   LAWSUIT WAS FILED THE PCF HAD REFUSED, NOT THE BOARD, BUT THE

9   PCF, WHICH IS RUN BY THE EXECUTIVE DIRECTOR, HAD REFUSED TO

10  CONVENE A PANEL.  AT SOME POINT A MEDICAL REVIEW PANEL WAS PUT

11  IN PLACE FOR THESE CLAIMS, AND THE PANEL WAS STILL PENDING.

12         **THE COURT:**  WHO PUT THE PANEL IN PLACE?

13         **MR. JONES:**  THE PCF IS WHO, UNDER STATE LAW,

14  ADMINISTERS THE MEDICAL REVIEW PANEL PROCESS.  THEY CONVENE

15  THE PANEL, AND THEN IT'S REALLY PARTY DRIVEN AT THAT POINT

16  UNTIL IT COMES TO A CONCLUSION.  AND THEN UNDER THE TYPICAL

17  SCENARIO A LAW SUIT IS FILED AND THE MEDICAL MALPRACTICE CLAIM

18  CONTINUES IN STATE COURT.

19         **THE COURT:**  SO THESE DOCTORS ARE COVERED UNDER THE

20  MALPRACTICE ACT?

21         **MR. JONES:**  WELL, THAT'S A DIFFICULT QUESTION TO

22  ANSWER THAT WAY.  THE MEDICAL REVIEW PANEL PART OF THIS HAS

23  BEEN SATISFIED.  THE PANELS HAVE BEEN SET UP AS TO THESE

24  PARTICULAR POSITIONS.  SO THAT PROCESS IS UNDER WAY.  NOW,

25  WHAT COMES OF THAT IS REALLY HARD TO SAY.

1          **THE COURT:**  I UNDERSTAND THAT, BUT IF THE POSITION

2   IS NOT, AT LEAST IT'S MY UNDERSTANDING OF THE STATUTORY

3   SCHEME, WAS IF THE POSITION WAS NOT COVERED UNDER THE ACT,

4   THEY HAD NO RIGHT TO CONVENE A PANEL.

5          **MR. JONES:**  WELL, SOME DECISIONS THAT HAVE COME OUT

6   OF STATE COURTS HAVE TOLD US OTHERWISE.  THEY BASICALLY SAID

7   THAT THE PCF IS A MINISTERIAL ANIMAL.  AND IF YOU DID A PANEL

8   REQUEST YOU HAVE TO PUT A PANEL IN PLACE.

9          **THE COURT:**  OKAY.  THANK YOU.

10          **MR. JONES:**  AND SO I GUESS WE REALIZED OUR ERROR, IS

11   THE BEST WAY TO SAY IT, SET UP THE PANEL.  AND IT'S CURRENTLY

12   PENDING.

13          **THE COURT:**  OKAY.  THAT ANSWERS IT.  THANK YOU.

14          **MR. JONES:**  THANK YOU, JUDGE.

15          **THE COURT:**  MS. TOTI?

16          **MS. TOTI:**  GOOD MORNING, YOUR HONOR.

17          **THE COURT:**  GOOD MORNING.

18          **MS. TOTI:**  THE CONDITION FOR ABROGATING A STATE

19   OFFICER'S ELEVENTH AMENDMENT IMMUNITY UNDER <u>EX PARTE YOUNG</u>.

20   <u>EX PARTE YOUNG</u> DOES NOT REQUIRE THAT THE OFFICER BE THE SOLE

21   OR EVEN THE PRIMARY PERSON RESPONSIBLE FOR ENFORCEMENT OF THE

22   ACT.  <u>EX PARTE YOUNG</u> REQUIRES ONLY THAT STATE OFFICER HAVE,

23   QUOTE, SOME CONNECTION TO THE ENFORCEMENT OF THE STATUTE, AND

24   THAT REQUIREMENT IS MET HERE.  THE DEFENDANTS ARE THE MEMBERS

25   OF THE PATIENT COMPENSATION FUND OVERSIGHT BOARD, AND THE

1    FUND'S EXECUTIVE DIRECTOR.  THOSE DEFENDANTS HAVE ADMITTED

2    THAT THEY PLAY A GATEKEEPING FUNCTION UNDER THE CHALLENGED

3    STATUTE.  SO WHEN AN INDIVIDUAL MAKES A CLAIM OF MALPRACTICE

4    AGAINST A PHYSICIAN, THE OVERSIGHT BOARD MAKES AN INITIAL

5    DETERMINATION ABOUT WHETHER THE POSITION IS QUALIFIED TO

6    OBTAIN BENEFITS UNDER THE MEDICAL MALPRACTICE ACT.  AND THOSE

7    BENEFITS INCLUDE A LIMITATION OF THE PHYSICIAN'S LIABILITY,

8    AND THE CONVENING OF A MEDICAL REVIEW PANEL TO SCREEN CLAIMS.

9         HERE, WHAT HAPPENED IN THIS CASE, IS THAT THE DEFENDANTS

10   DENIED THE PLAINTIFFS THOSE BENEFITS BASED ON THE STATUTE THAT

11   WE ARE CHALLENGING.  AND THE DEFENDANTS EXPLAIN THAT THAT

12   STATUTE, LOUISIANA REVISED STATUTE 9:2800.12, BARS PHYSICIANS

13   FROM OBTAINING THE BENEFITS OF THE MEDICAL MALPRACTICE ACT FOR

14   CLAIMS RELATED TO THE POSITION OF ABORTION SERVICES.  AND ON

15   THAT BASIS THE DEFENDANTS DEEMED DR. K.P. AND DR. D.B.

16   NON-QUALIFIED FOR PURPOSES OF A CLAIM THAT WAS FILED AGAINST

17   THEM.

18        AND LATER ON THE DEFENDANTS INFORMED AN INSURANCE AGENT

19   WORKING ON BEHALF OF THE OTHER PLAINTIFF IN THIS CASE, HOPE

20   MEDICAL GROUP FOR WOMEN, WHICH IS A MEDICAL FACILITY, THAT

21   COVERAGE WOULD NOT BE AVAILABLE FOR ABORTION PROVIDERS; THAT

22   THE CLINIC WHERE ITS PHYSICIANS COULD JOIN, BUT THEY WOULD NOT

23   BE COVERED FOR ANY ABORTION RELATED CLAIMS.  THAT'S ALL THAT'S

24   REQUIRED TO SATISFY EX PARTE YOUNG.  CLEARLY THE DEFENDANTS

25   HAVE SOME CONNECTION TO THE ENFORCEMENT OF THE THIS ACT

1   BECAUSE THEY HAVE ENFORCED IT TO THE PLAINTIFF'S DETRIMENT.

2          **THE COURT:**  THEY HAVE WHAT?

3          **MS. TOTI:**  I'M SORRY, YOUR HONOR.  THEY HAVE ALREADY

4   ENFORCED IT TO THE PLAINTIFF'S DETRIMENT IN PREVENTING DR.

5   K.P. AND DR. D.B. AND HOPE MEDICAL GROUP FOR WOMEN FROM

6   OBTAINING THE BENEFITS TO WHICH THEY WOULD OTHERWISE BE

7   ENTITLED UNDER THE MEDICAL MALPRACTICE ACT.

8          **THE COURT:**  AND THOSE BENEFITS BEING THE PANEL AND

9   THE LIMITATION OF LIABILITY?

10         **MS. TOTI:**  YES, YOUR HONOR.  AND ALSO FUND COVERAGE

11  FOR ANY CLAIM IN EXCESS OF THE ONE HUNDRED THOUSAND DOLLAR CAP

12  OR AN INDIVIDUAL PHYSICIAN'S LICENSE.

13         **THE COURT:**  THAT'S WHAT I MEANT BY THE LIMITATION OF

14  LIABILITY.

15         **MS. TOTI:**  RIGHT.  EXACTLY, YOUR HONOR.

16         **THE COURT:**  WELL, PUTTING ASIDE THE -- DO YOU

17  DISPUTE THE FACT THAT A PANEL HAS SUBSEQUENTLY BEEN CONVENED?

18         **MS. TOTI:**  YOUR HONOR, A PANEL HAS NOW BEEN

19  CONVENED, BUT THAT PANEL WAS CONVENED MONTHS AFTER THIS

20  LITIGATION WAS COMMENCED.

21         **THE COURT:**  AND I'M GOING TO PUT THAT ON THE SIDE

22  FOR NOW, BUT HOW IS IT THAT THESE DEFENDANTS ARE ENFORCING A

23  STATUE WHICH GRANT CIVIL RIGHT OF ACTION?

24         **MS. TOTI:**  WELL, THERE ARE A COUPLE OF REASONS WHICH

25  THEY ARE DOING THAT.  NUMBER ONE, ALTHOUGH THEY HAD GRANTED A

1   PANEL IN THIS PARTICULAR CASE --

2          **THE COURT:**  LET'S PUT THAT ASIDE.  AT THE TIME YOU

3   ALL FILED THIS THAT HADN'T BEEN DONE.

4          **MS. TOTI:**  RIGHT.  THEY HAVE RESERVED THE RIGHT TO

5   DENY COVERAGE TO THE PHYSICIANS FOR ANY LIABILITY THAT THEY

6   ULTIMATELY HAVE FOR MEDICAL MALPRACTICE PATIENT, FOR MEDICAL

7   MALPRACTICE CLAIMANT.  SO THEY ARE -- SO PART OF THE WAY THEY

8   ARE ENFORCING THE STATUTE IS BY WITHHOLDING THOSE BENEFITS,

9   WITHHOLDING THE COVERAGE FROM THE PLAINTIFFS IN THIS CASE.

10          **THE COURT:**  I THOUGHT THEY HAD RESERVED THE RIGHT TO

11   LATER POSSIBLY WITHHOLD THE COVERAGE?

12          **MS. TOTI:**  WELL, THEY HAVE RESERVED THE RIGHT TO

13   WITHHOLD COVERAGE, AND THEY HAVE INDICATED THAT IT'S THEIR

14   READING OF THE STATUTE THAT THE PLAINTIFFS ARE NOT ENTITLED TO

15   COVERAGE IN THIS CASE OR ANY OTHER CASE THAT ARISES UNDER THE

16   STATUTE.  SO IT'S NOT JUST AN ISSUE OF THIS PARTICULAR MEDICAL

17   MALPRACTICE CLAIMANT, BUT FOR ALL OF THE OTHER PROCEDURES THAT

18   WERE PERFORMED DURING THE PERIOD WHEN THE TWO PLAINTIFFS WERE

19   COVERED BY THE PATIENTS' COMPENSATION FUND WHEN THEY WERE

20   PAYING THEIR SURCHARGES, AND WHEN THEY HAD FILLED OUT ALL

21   THEIR PAPERWORK.  DURING ALL THAT CLAIMS PERIOD THE TWO

22   PLAINTIFFS COMBINED, PERFORMED THOUSANDS OF PROCEDURES.  AND

23   NOW THERE'S A QUESTION ABOUT WHETHER THEY HAVE INSURANCE

24   COVERAGE FOR ANY OF THOSE PROCEDURES THAT WERE PERFORMED, OR

25   ANY PROCEDURES THAT THEY PERFORM IN THE FUTURE.

1    **THE COURT:**  THE STATUTE 9:2800.12 OF THE LOUISIANA

2  REVISED STATUTE PROVIDES THAT, "THE MEDICAL MALPRACTICE LAWS

3  OR THE LIMITATIONS OF LIABILITY CONTAINED IN THOSE LAWS ARE

4  NOT APPLICABLE TO, BASICALLY NOT APPLICABLE TO THE PCF."  SO

5  IF THE LAW DOESN'T APPLY TO THEM, HOW ARE THEY SOMEHOW

6  ENFORCING THE LAWS?

7    **MS. TOTI:**  YOUR HONOR, THE DEFENDANTS HAVE ADMITTED

8  THAT THEY PLAY A GATEKEEPING ROLE; THAT THAT PROVISION OF THE

9  STATUTE THAT YOU JUST READ GIVES THEM A GATEKEEPING FUNCTION,

10  AND IT REQUIRES THEM TO KEEP PHYSICIANS WHO PERFORM ABORTIONS

11  FROM OBTAINING THOSE BENEFITS, THE BENEFITS OF THE MEDICAL

12  MALPRACTICE ACT, INCLUDING THE LIMITATIONS ON LIABILITY AND

13  THE MEDICAL REVIEW PANEL.  SO THEY ARE ENFORCING THE STATUTE

14  BY ACTING AS GATEKEEPER IN KEEPING THOSE PHYSICIANS FROM

15  OBTAINING BENEFITS.

16    **THE COURT:**  THE LAWS SAYS THAT IF YOU PERFORM

17  ABORTIONS YOU'RE NOT COVERED UNDER THE MEDICAL MALPRACTICE.

18  AND PUTTING THE OTHER ANCILLARY ISSUES ASIDE, IT'S THE LAW

19  THAT SAYS THEY'RE NOT COVERED.  NOW, IT DOESN'T SAY, PCF, YOU

20  SHALL DO THIS OR YOU SHALL DO THAT.  THE PCF JUST ADMINISTERS

21  PEOPLE THAT ARE COVERED, I GUESS.  SO HOW IS THAT, AGAIN, HOW

22  ARE THEY ENFORCING THE STATUTE UNDER YOUNGER BY BASICALLY

23  DECIDING WHO WILL OR WILL NOT BE COVERED PURSUANT TO THE

24  STATUTE?

25    **MS. TOTI:**  YOUR HONOR, THE PLAINTIFFS ARE SEEKING AN

1   INJUNCTION AGAINST THE LAW ON THE GROUNDS THAT IT'S

2   UNCONSTITUTIONAL.  AND AN INJUNCTION AGAINST THE DEFENDANTS

3   WOULD PREVENT THEM FROM DENYING BENEFITS TO PLANTIFFS AND

4   OTHER ABORTION PROVIDERS.  SO THEY ARE THE PROPER DEFENDANTS

5   UNDER EX PARTE YOUNG, BECAUSE THEY ARE THE DEFENDANTS WHO --

6   AN INJUNCTION AGAINST THOSE DEFENDANTS WOULD DIRECTLY REDRESS

7   INJURIES SUFFERED BY PLAINTIFF.

8        **THE COURT:**  I WOULD STOP THEM FROM DOING WHAT?

9        **MS. TOTI:**  YOU WOULD STOP THEM FROM ENFORCING THE

10  STATUTE TO DENY PLAINTIFFS' BENEFITS UNDER THE MEDICAL

11  MALPRACTICE ACT ON THE BASIS THAT THE STATUTE IS

12  UNCONSTITUTIONAL.

13       **THE COURT:**  HERE WE COME AROUND AGAIN, THOUGH.

14  OKAY.  I'M NOT CONVINCED THAT THESE DEFENDANTS ARE DENYING

15  YOUR PLAINTIFFS ANYTHING.  NOW, THERE IS A STATUTE THAT

16  APPEARS TO DENY THEM SOMETHING, BUT I'M JUST NOT CONVINCED

17  THAT YOU'RE AIMING AT THE RIGHT PARTY IN TERMS OF ATTACKING

18  THAT.  GO ON AND FINISH YOUR ARGUMENT.

19       **MS. TOTI:**  OKAY.  I UNDERSTAND YOUR HONOR'S CONCERN.

20  BUT IN THIS CASE THE DEFENDANTS ARE THE PARTIES THAT ARE

21  CAUSING INJURY TO THE PLAINTIFFS, BECAUSE -- I UNDERSTAND YOUR

22  HONOR'S POINT THAT THE STATUTE GIVES THE DEFENDANTS AN

23  INSTRUCTION, BUT IT'S THE DEFENDANTS --

24       **THE COURT:**  ACTUALLY, IT DOESN'T.  THE STATUTE

25  SAYS THAT THE LAWS THAT THESE DEFENDANTS ADMINISTER ARE NOT

1    APPLICABLE TO THE SITUATION OF AN ABORTION PROVIDER.  SO IT

2    DOESN'T TELL THEM TO DO ANYTHING.  IT SAYS, YOU'RE NOT

3    INVOLVED.  GET OUT OF THE WAY, SO TO SPEAK.

4         **MS. TOTI:**  THAT'S CORRECT, YOUR HONOR.  BUT ON ITS

5    FACE, THE STATUTE -- THAT DIRECTION SEEMS ONLY TO APPLY TO THE

6    CAUSE OF ACTION THAT'S SET FORTH IN THAT STATUTE.  IN OTHER

7    WORDS, THE CAUSE OF ACTION FOR STRICT LIABILITY, NOT FOR

8    STANDARD MEDICAL MALPRACTICE.  SO THE STATUTE APPEARS TO BE

9    SAYING THAT THE TORT REFORMS THAT APPLY TO MEDICAL MALPRACTICE

10   CLAIMS WILL NOT APPLY TO STRICT LIABILITY CLAIMS UNDER THIS

11   STATUTE.  DEFENDANTS HAVE TAKEN IT A STEP FURTHER AND THEY

12   INTERPRET THE STATUTE TO SAY THAT ANY MEDICAL MALPRACTICE

13   CLAIM THAT'S BROUGHT AGAINST AN ABORTION PROVIDER IS KICKED

14   OUT OF THE TORT REFORM REGIME, AND HAS TO COME UNDER THIS

15   OTHER REGIME.

16        **THE COURT:**  STRICT LIABILITY.

17        **MS. TOTI:**  UNDER STRICT LIABILITY.  THAT'S CORRECT.

18   AND SO WE ARE CHALLENGING BOTH THE STATUTE -- THE PLAINTIFFS

19   ARE CHALLENGING BOTH THE STATUTE ON ITS FACE, AND DEFENDANT'S

20   INTERPRETATION OF IT.

21        **THE COURT:**  I'M NOT -- I HAVE NO PROBLEM WITH YOUR

22   CHALLENGE OF THE STATUTE ON ITS FACE.  THERE'S PROBABLY A LOT

23   THAT COULD BE SAID ABOUT THAT, BUT THE PROBLEM I KEEP COMING

24   BACK TO IS NOT WHAT YOU ARE SHOOTING, BUT WHO YOU'RE SHOOTING

25   AT.  I THINK YOU'RE AIMING AT THE WRONG TARGET.  YOU HAVE GOT

1  THE WRONG DEFENDANTS.

2       **MS. TOTI:**  YOUR HONOR, IT APPEARS TO THE PLAINTIFFS

3  THAT THERE ARE NO OTHER APPROPRIATE DEFENDANTS.

4       **THE COURT:**  THERE'S THE GOVERNMENT.  THERE'S THE

5  ATTORNEY GENERAL.  WELL, THE ATTORNEY GENERAL, THE GOVERNMENT.

6  I'M NOT -- THERE ARE PROBABLY A COUPLE OF OTHERS THAT I'M NOT

7  THINKING OF RIGHT NOW.

8       **MS. TOTI:**  IN THE OKPALOBI CASE, YOUR HONOR, THE

9  FIFTH CIRCUIT HAD STATED THAT THE GOVERNOR AND THE ATTORNEY

10  GENERAL WERE NOT THE PROPER DEFENDANTS.

11       **THE COURT:**  UNLESS THEY WERE DIRECTLY INVOLVED IN

12  THE ENFORCEMENT OF THE STATUTE.

13       **MS. TOTI:**  THAT'S CORRECT, YOUR HONOR.  AND NOW, IT

14  IS THE CASE THAT THIS CURRENT LAWSUIT IS DISTINGUISHABLE FROM

15  THE OKPALOBI LAWSUIT, BECAUSE THE STATUTE IS BEING ENFORCED TO

16  PLAINTIFFS' DETRIMENT.  THERE'S NO LONGER A SPECULATIVE

17  INJURY.  THE INJURY HAS ACTUALLY OCCURRED AND CONTINUES TO

18  OCCUR.

19       **THE COURT:**  WELL, THAT BRINGS US BACK TO THE

20  GRANTING OF THE PANEL.  BUT AGAIN, WE ARE PUTTING THAT ASIDE

21  FOR PURPOSES OF THIS ARGUMENT.  THE FACT THAT -- TELL ME HOW

22  YOU THINK THE STATUTE CHARGES THESE DEFENDANTS WITH THE

23  OBLIGATION OF ENFORCING IT?

24       **MS. TOTI:**  WELL, THESE DEFENDANTS HAVE INTERPRETED

25  THE STATUTE --

1       **THE COURT:**  NO, NO.  TELL ME WHAT THE STATUTE SAID,

2  NOT WHAT THE DEFENDANT SAID.

3       **MS. TOTI:**  WELL, THE STATUTE TELLS THE DEFENDANTS

4  THAT PHYSICIANS --

5       **THE COURT:**  THE LAWS GOVERNING MEDICAL MALPRACTICE

6  LIMITATIONS FOR LIABILITY ARE NOT APPLICABLE.

7       **MS. TOTI:**  RIGHT.

8       **THE COURT:**  IT TELLS THAT TO ANYBODY INVOLVED WITH

9  THE STATUTE.

10       **MS. TOTI:**  RIGHT.  SO, YOUR HONOR, IT'S TELLING

11  THESE DEFENDANTS TO PREVENT PHYSICIANS WHO PERFORM ABORTIONS

12  FROM ACCESSING THE BENEFITS THAT THESE DEFENDANTS ADMINISTER.

13       **THE COURT:**  OR IS IT TELLING A PERSON INTENDING TO

14  FILE A CLAIM BASED ON AN ABORTION PROCEEDING THAT THEIR REMEDY

15  WOULD BE UNDER STRICT LIABILITY RATHER THAN MEDICAL

16  MALPRACTICE?  DOES IT TELL -- RATHER THAN TELLING THE

17  DEFENDANTS WHAT TO DO OR NOT TO DO, DOESN'T THE STATUTE

18  INSTEAD TELL THE PLAINTIFF WHAT KIND OF CASE HE OR SHE SHOULD

19  FILE, OR WHAT KIND OF CAUSE OF ACTION THEY HAVE FOR A CLAIM

20  INVOLVING ABORTION?

21       **MS. TOTI:**  RESPECTFULLY, YOUR HONOR, I THINK THE

22  STATUTE GIVES AN INSTRUCTION TO THE DEFENDANTS, AND IT TELLS

23  THE DEFENDANTS TO WITHHOLD THESE BENEFITS FROM PHYSICIANS WHO

24  PERFORM ABORTIONS FOR ANY CLAIMS RELATED TO ABORTION SERVICES.

25       **THE COURT:**  OKAY.  POINT ME TO THAT LANGUAGE IN THE

1   STATUTE?  I KNEW YOU WERE GOING TO SAY THAT.  THE LANGUAGE

2   ISN'T THERE.  THE LANGUAGE JUST ISN'T THERE.

3            **MS. TOTI:**  THAT'S TRUE, YOUR HONOR.  BUT IT SEEMS TO

4   THE PLAINTIFF THAT THAT IS -- THAT THAT IS THE INTENT OF THE

5   STATUTE, AND THAT IS WHAT THE STATUTE IS INTENDED TO CONVEY.

6   THAT'S THE INSTRUCTION THAT THE STATUTE IS INTENDED TO CONVEY

7   TO THE DEFENDANTS, AND THAT -- AND THAT IS HOW DEFENDANTS HAVE

8   INTERPRETED THE STATUTE AND THEN APPLIED IT TO THE PLAINTIFFS

9   IN THIS CASE.

10           **THE COURT:**  OKAY.  THANK YOU.

11           **MS. TOTI:**  THANK YOU, YOUR HONOR.

12           **THE COURT:**  COUNSEL?

13           **MR. JONES:**  JUDGE, I'LL BE BRIEF.  I THINK YOU'VE

14  HIT TO RIGHT ON TARGET, JUDGE.  THIS STATUTE PROVIDES A CIVIL

15  REMEDY.  AND EVEN IN THE OKPALOBI CASE THE COURT THERE WRITING

16  RECOGNIZED THAT -- AND THIS IS THE REDRESSABILITY ISSUE THAT

17  COMES UNDER EX PARTE YOUNG -- EVEN IF YOU ALLOW THE INJUNCTION

18  IN THIS CASE, JUDGE, YOU CAN'T STOP, WE CAN'T STOP CIVIL

19  LITIGANTS FROM FILING THESE LAWSUITS.  AND THEY FILED THESE

20  LAWSUITS IN STATE COURTS IN LOUISIANA, THAT'S WHEN YOU BRING

21  THIS ACTION.  IF SOMEBODY SAYS I'M BRINGING AN ACTION UNDER

22  9:2800.12, THAT'S WHEN YOU CHALLENGE THE CONSTITUTIONALITY OF

23  THIS STATUTE.

24           **THE COURT:**  NO CAUSE OF ACTION.

25           **MR. JONES:**  YEAH.  AND YOU GO ON AND MAKE THE

1   CONSTITUTIONAL CHALLENGE AT THAT POINT.  AND SO AT THIS POINT

2   THE PCF, IF ANYTHING, IS JUST SUCH A BIT PLAYER HERE.  BECAUSE

3   WE DON'T GET INVOLVED UNTIL LATER.  AND IF THERE'S GOING TO BE

4   AN ACTION, OR IF THERE'S GOING TO BE SOME CHALLENGE TO WHETHER

5   THE PCF APPLIES OR DOESN'T APPLY, IT FALLS WITH THE STATE

6   COURT ACTION, MEDICAL MALPRACTICE ACTION.

7         AND SO EVEN AN INJUNCTION HERE JUST WON'T DO THE TRICK.

8   SO, YOUR HONOR, I SUGGEST THAT THAT SHOULD BE BROUGHT IN A

9   STATE COURT LAWSUIT.  AND THE COURT SEEMS TO BE VERY WELL

10  FAMILIAR WITH THE STATUTE THAT IT JUST CLEARLY DIRECTS THAT

11  THIS IS A CIVIL ACTION BETWEEN A PRIVATE PARTY AND THE

12  ABORTION PROVIDER.

13        SO I WOULD SUGGEST THAT THESE DEFENDANTS ARE NOT THE

14  PROPER DEFENDANTS FOR THIS CASE, JUDGE.

15             **THE COURT:**  I AGREE.  THE STATUTE IN THIS CASE DOES

16  NOT CHARGE THESE DEFENDANTS WITH THE OBLIGATION OF ENFORCING

17  ANYTHING.  AS I SAID, THE STATUTE AT ISSUE IS MORE OF A

18  DIRECTION TO A PRIVATE LITIGANT OF THE CAUSE OF ACTION THAT IS

19  PROVIDED.  THE STATUTE DOES NOT CHARGE THESE DEFENDANTS, THE

20  LOUISIANA PCF BOARD, WITH THE OBLIGATION OF ENFORCING ANYTHING

21  IN CONNECTION WITH THE STATUTE THAT THEY ARE NOT CHARGED WITH

22  OR REQUIRED TO ENFORCE ANYTHING, AND HAVE NO CONNECTION TO THE

23  ENFORCEMENT OR APPLICATION OF THE STATUTE AT ALL.

24        FOR THOSE REASONS, THE COURT FEELS THAT THE ELEVENTH

25  AMENDMENT IMMUNITY CLAIMS ASSERTED BY THESE DEFENDANTS ARE

1   PROPERLY ASSERTED, AND THE COURT WILL GRANT THE MOTION TO

2   DISMISS FINDING THAT AS STATE OFFICIALS THEY ARE IMMUNE FROM

3   SUIT UNDER THE ELEVENTH AMENDMENT FOR THIS CAUSE OF ACTION.

4        JUDGMENT WILL BE RENDERED ACCORDINGLY.  THE COURT MAY

5   ASSIGN WRITTEN REASONS SUPPLEMENTARY TO THE ORAL REASONS JUST

6   GIVEN AT A LATER DATE.  THE JUDGMENT WILL BE RENDERED IN FAVOR

7   OF THE DEFENDANTS AND AGAINST THE PLAINTIFFS.

8        NOW, THE MOTION FOR SUMMARY JUDGMENT, THE COURT WILL

9   DISMISS AS MOOT IN VIEW OF THE RULING ON THE MOTION TO

10  DISMISS.  OKAY.  THANK YOU ALL.

11                  C E R T I F I C A T E

12

13        I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT

14  FROM THE RECORD OF THE PROCEEDINGS IN THE ABOVE-ENTITLED

15  NUMBERED MATTER.

16  _____

17  JUDY Y. FRANCISCO, CCR

18  OFFICIAL COURT REPORTER

19

20

21

22

23

24

25

**0**

07-879-RET [1]  2/3
07-CV-879 [2]  1/5 2/1
09 [1]  2/1

**1**

1997 [1]  3/19

**2**

2009 [1]  1/7
225 [1]  1/21
26 [1]  1/7

**3**

3566 [1]  1/21
389-3566 [1]  1/21

**4**

40 [1]  3/24

**7**

70801 [1]  1/20
777 [1]  1/20

**8**

8-26-09 [1]  2/1
879 [2]  1/5 2/1

**9**

9:2800.12 [6]  3/8 4/10 6/7 9/12 12/1 17/22

**A**

ABILITY [3]  5/15 6/6 6/19
ABORTION [15]  3/20 3/20 3/23 4/12 4/12
 9/14 9/21 9/23 13/4 14/1 14/13 16/14 16/20
 16/24 18/12
ABORTIONS [4]  12/10 12/17 16/11 16/24
ABOUT [3]  9/5 11/23 14/23
ABOVE [1]  19/14
ABOVE-ENTITLED [1]  19/14
ABROGATING [1]  8/18
ABSOLUTELY [1]  4/19
ACCESS [1]  4/24
ACCESSING [1]  16/12
ACCORDINGLY [1]  19/4
ACT [20]
ACTED [1]  6/18
ACTING [3]  5/11 6/6 12/14
ACTION [23]
ACTIONS [3]  4/21 4/22 5/24
ACTOR [4]  5/4 5/7 5/8 5/15
ACTORS [1]  5/9
ACTUALLY [2]  13/24 15/17
ADMINISTER [2]  13/25 16/12
ADMINISTERS [2]  7/14 12/20
ADMITTED [2]  9/1 12/7
AFTER [2]  5/17 10/19
AGAIN [3]  12/21 13/13 15/20
AGAINST [9]  3/20 4/12 9/4 9/16 13/1 13/2
 13/6 14/13 19/7
AGENT [1]  9/18
AGREE [1]  18/15
AIMING [2]  13/17 14/25
AL [3]  1/6 2/1 2/4
ALL [11]  2/5 2/20 3/2 6/21 9/23 11/3 11/17
 11/20 11/21 18/23 19/10
ALLOW [1]  17/17
ALLOWS [1]  3/21
ALREADY [1]  10/3
ALSO [1]  10/10
ALTHOUGH [2]  5/10 10/25

AMENDMENT [5]  5/6 6/22 8/19 18/25 19/3
ANCILLARY [1]  12/18
ANIMAL [1]  8/7
ANSWER [1]  7/22
ANSWERS [8]  8/13
ANY [9]  4/13 9/23 10/11 11/5 11/15 11/24
 11/25 14/12 16/24
ANYBODY [1]  16/8
ANYTHING [7]  6/9 13/15 14/2 18/2 18/17
 18/20 18/22
APPEARANCES [1]  2/5
APPEARS [3]  13/16 14/8 15/2
APPLICABLE [4]  12/4 12/4 14/1 16/6
APPLICATION [1]  18/23
APPLIED [1]  17/8
APPLIES [2]  6/23 18/5
APPLY [5]  12/5 14/5 14/9 14/10 18/5
APPOINTED [2]  5/10 5/11
APPROPRIATE [1]  15/3
APPROVES [1]  5/21
ARE [41]
ARGUABLY [1]  4/14
ARGUMENT [5]  1/9 2/13 6/14 13/18 15/21
ARGUMENTS [1]  7/6
ARISES [1]  11/15
AROUND [1]  13/13
AS [16]  3/2 3/6 4/24 5/1 5/3 5/8 5/11 5/13
 5/23 7/3 7/6 7/23 12/14 18/17 19/2 19/9
ASIDE [4]  10/16 11/2 12/18 15/20
ASPECTS [1]  4/3
ASSERTED [2]  18/25 19/1
ASSIGN [1]  19/5
ATTACKING [1]  13/17
ATTORNEY [3]  15/5 15/5 15/9
AUGUST [1]  1/7
AVAILABLE [1]  9/21

**B**

BACK [6]  4/8 4/25 5/20 6/3 14/24 15/19
BANK [1]  4/24
BARS [1]  9/12
BASED [2]  9/10 16/14
BASICALLY [3]  8/6 12/4 12/22
BASIS [2]  9/15 13/11
BATON [1]  1/20
BE [20]
BECAUSE [5]  10/1 13/5 13/21 15/15 18/2
BECOME [1]  6/12
BEEN [8]  5/13 5/16 6/8 7/23 7/23 10/17
 10/18 11/3
BEHALF [1]  9/19
BEING [4]  4/6 5/5 10/8 15/15
BELIEVE [1]  3/17
BENCH [1]  3/24
BENEFITS [14]  9/6 9/7 9/10 9/13 10/6 10/8
 11/8 12/11 12/11 12/15 13/3 13/10 16/12
 16/23
BEST [2]  3/17 8/11
BETWEEN [3]  3/14 5/4 18/11
BILL [1]  2/10
BIT [1]  18/2
BLANKET [1]  5/21
BOARD [16]  3/4 4/19 4/19 5/9 5/12 5/16
 5/18 5/19 5/21 5/21 6/5 7/2 7/8 8/25 9/4 18/20
BOARD HAS [1]  5/16
BOTH [2]  14/18 14/19
BRIEF [2]  7/3 17/13
BRIEFS [1]  3/6
BRING [3]  4/21 6/16 17/20
BRINGING [1]  17/21
BRINGS [1]  15/19

BROUGHT [5]  4/11 4/20 6/4 14/13 18/8
BY 9:2800.12 [1]  4/10

**C**

CALLED [1]  5/14
CAN [2]  4/1 6/9
CAN'T [2]  17/18 17/18
CAP [1]  10/11
CAPACITY [1]  5/11
CARD [1]  2/16
CARE [1]  6/2
CARLTON [2]  1/16 2/7
CASE [21]
CASES [1]  6/21
CAUSE [10]  3/10 3/19 3/21 4/16 14/6 14/7
 16/19 17/24 18/18 19/3
CAUSING [1]  13/21
CCR [2]  1/18 19/17
CERTAIN [2]  3/10 3/20
CERTIFY [1]  19/13
CHALLENGE [8]  3/7 3/9 3/15 4/25 14/22
 17/22 18/1 18/4
CHALLENGED [2]  5/5 9/2
CHALLENGING [3]  9/11 14/18 14/19
CHARGE [2]  18/16 18/19
CHARGED [1]  18/21
CHARGES [1]  15/22
CHIEF [1]  1/6
CIRCUIT [1]  15/9
CIRCUMSTANCES [1]  3/21
CITING [1]  3/11
CITY [1]  2/13
CIVIL [11]  1/4 2/3 4/10 4/11 4/20 5/23 6/7
 10/23 17/14 17/18 18/11
CLAIM [14]  4/8 6/3 6/4 6/8 6/9 6/19 7/3 7/17
 9/3 9/16 10/11 14/13 16/14 16/19
CLAIM UNTIL [1]  6/3
CLAIMANT [2]  11/7 11/17
CLAIMS [14]  3/6 3/8 4/25 5/20 5/21 7/11 9/8
 9/14 9/23 11/21 14/10 14/10 16/24 18/25
CLEARLY [2]  9/24 18/10
CLINIC [1]  9/22
COMBINED [1]  11/22
COME [4]  6/21 8/5 13/13 14/14
COMES [4]  2/20 7/16 7/25 17/17
COMING [1]  14/23
COMMENCED [1]  10/20
COMPENSATION [4]  3/4 3/5 8/25 11/19
CONCEDE [1]  7/7
CONCERN [1]  13/19
CONCLUSION [1]  7/16
CONDITION [1]  8/18
CONNECTION [5]  5/4 8/23 9/25 18/21
 18/22
CONNEXITY [1]  3/13
CONSENT [1]  3/22
CONSTITUTION [1]  5/5
CONSTITUTIONAL [2]  3/15 18/1
CONSTITUTIONALITY [3]  3/7 5/1 17/22
CONTAINED [1]  12/3
CONTINUES [2]  7/18 15/17
CONVENE [4]  7/2 7/10 7/14 8/4
CONVENED [1]  7/4 10/17 10/19 10/19
CONVENING [1]  9/8
CONVEY [2]  17/5 17/6
CONVINCED [2]  13/14 13/16
CORRECT [4]  14/4 14/17 15/13 19/13
COULD [4]  3/16 6/11 9/22 14/23
COUNSEL [2]  2/5 17/12
COUPLE [2]  10/24 15/6
COURT [13]  1/1 2/12 6/24 7/18 17/15 18/6

# C

COURT... [7] 18/9 18/9 18/24 19/1 19/4 19/8 19/18
COURTHOUSE [1] 1/19
COURTROOM [2] 2/18 6/17
COURTS [2] 8/6 17/20
COVERAGE [8] 9/21 10/10 11/5 11/9 11/11 11/13 11/15 11/24
COVERED [8] 7/19 8/3 9/23 11/19 12/17 12/19 12/21 12/23
CREATED [1] 3/24
CREATES [1] 3/19
CURIOUS [1] 7/4
CURRENT [1] 15/14
CURRENTLY [1] 8/11
CV [2] 1/5 2/1

# D

D.B [2] 9/15 10/5
DAMAGES [2] 3/22 4/13
DATE [1] 19/6
DECIDING [1] 12/23
DECISIONS [1] 8/5
DEEMED [1] 9/15
DEFENDANT [1] 16/2
DEFENDANT'S [1] 14/19
DEFENDANTS [47]
DELINEATED [1] 4/16
DENIED [1] 9/10
DENY [3] 11/5 13/10 13/16
DENYING [2] 13/3 13/14
DEPOSITIONS [1] 5/16
DEPUTY [1] 2/19
DETERMINATION [1] 9/5
DETRIMENT [3] 10/1 10/4 15/16
DID [1] 8/7
DIFFICULT [1] 7/21
DIRECTION [2] 14/5 18/18
DIRECTLY [3] 6/25 13/6 15/11
DIRECTOR [5] 3/5 5/8 5/23 7/9 9/1
DIRECTS [1] 18/10
DISMISS [10] 2/20 2/21 3/1 3/12 3/17 5/18 7/1 19/2 19/9 19/10
DISPOSITION [1] 5/20
DISPUTE [3] 5/7 5/9 10/17
DISTINGUISHABLE [1] 15/14
DISTRICT [2] 1/1 1/2
DO [15] 2/15 4/20 5/18 5/20 5/23 5/25 6/2 6/9 10/16 12/20 12/20 14/2 16/17 16/17 18/7
DO WITH [1] 4/20
DOCTORS [1] 7/19
DOES [6] 4/16 4/21 4/22 5/1 8/20 16/16 18/15 18/19
DOESN'T [6] 12/5 12/19 13/24 14/2 16/17 18/5
DOING [2] 10/25 13/8
DOLLAR [1] 10/11
DON'T [2] 2/18 18/3
DONE [1] 11/3
DR [4] 9/15 9/15 10/4 10/5
DRIVEN [1] 7/15
DURING [2] 11/18 11/21

# E

EARLY [2] 3/2 3/12
EITHER [2] 5/24 6/18
ELEVENTH [5] 5/6 6/22 8/19 18/24 19/3
ENACTED [1] 3/19
END [5] 4/8 4/23 4/25 5/20 6/3
ENFORCE [3] 6/6 6/19 18/22

ENFORCED [3] 10/1 10/4 15/15
ENFORCEMENT [5] 8/21 8/23 9/25 15/12 18/23
ENFORCING [9] 10/22 11/8 12/6 12/13 12/22 13/9 15/23 18/16 18/20
ENTITLED [4] 4/3 10/7 11/14 19/14
ENTITLED TO [1] 4/3
ERROR [8] 8/10
ESQ [3] 1/13 1/13 1/16
ESTABLISHED [1] 5/16
ET [3] 1/6 2/1 2/4
EVEN [7] 4/14 5/20 6/6 8/21 17/15 17/17 18/7
EVER [1] 6/11
EVIDENCE [1] 3/17
EX [12] 3/11 5/2 5/3 5/13 6/20 6/21 8/19 8/20 8/22 9/24 13/5 17/17
EXACTLY [1] 10/15
EXCEPTION [1] 5/6
EXCESS [1] 10/11
EXECUTIVE [5] 3/5 5/8 5/23 7/9 9/1
EXPLAIN [1] 9/11
EXTENT [1] 3/22

# F

FACE [3] 14/5 14/19 14/22
FACILITY [1] 9/20
FACT [2] 10/17 15/21
FALL [1] 4/17
FALLS [1] 18/5
FAMILIAR [1] 18/10
FAVOR [1] 19/6
FEELS [1] 18/24
FICTION [1] 5/13
FIFTH [1] 15/9
FILE [2] 16/14 16/19
FILED [11] 3/1 3/12 4/6 4/12 5/17 5/18 7/8 7/17 9/16 11/3 17/19
FILING [1] 17/19
FILLED [1] 11/20
FINANCIAL [1] 4/2
FINDING [1] 19/2
FINISH [1] 13/18
FIRST [1] 6/7
FLORIDA [1] 1/20
FOREGOING [1] 19/13
FORTH [1] 14/6
FRANCISCO [2] 1/18 19/17
FRANKLY [3] 5/17 5/24 6/24
FRONT [1] 4/23
FRUITION [2] 4/9 6/4
FUNCTION [2] 9/2 12/9
FUND [6] 3/4 3/5 5/8 8/25 10/10 11/9
FUND'S [1] 9/1
FURTHER [1] 14/11
FUTURE [2] 6/12 11/25

# G

GATEKEEPER [1] 12/14
GATEKEEPING [3] 9/2 12/8 12/9
GENERAL [3] 15/5 15/5 15/10
GET [4] 6/14 7/6 14/3 18/3
GIVE [1] 2/18
GIVEN [2] 3/22 19/6
GIVES [3] 12/9 13/22 16/22
GO [3] 2/23 13/18 17/25
GOES [4] 4/5 4/11 6/11 7/5
GOING [4] 10/21 17/1 18/3 18/4
GOOD [9] 2/2 2/7 2/10 2/14 2/15 2/24 2/25 8/16 8/17
GOT [1] 14/25

GOVERNING [1] 16/5
GOVERNMENT [2] 15/4 15/5
GOVERNOR [2] 5/10 15/9
GRANT [2] 10/23 19/1
GRANTED [2] 3/18 10/25
GRANTED IN [1] 3/18
GRANTING [1] 15/20
GROUNDS [1] 13/1
GROUP [3] 2/4 9/20 10/5
GUESS [2] 8/10 12/21

# H

HAD [8] 6/18 7/8 7/9 8/4 10/25 11/10 11/20 15/9
HADN'T [1] 11/3
HAND [1] 5/23
HANDLED [1] 5/22
HAPPENED [1] 9/9
HARD [1] 7/25
HAS [11] 5/16 5/18 5/23 5/25 6/2 6/8 7/22 10/17 10/18 14/14 15/17
HAVE [29]
HE [1] 16/18
HERE [7] 2/8 6/22 8/24 9/9 13/13 18/2 18/7
HIT [2] 17/14
HONOR [21]
HONOR'S [2] 13/19 13/22
HOPE [3] 2/4 9/19 10/5
HOW [6] 10/22 12/5 12/21 12/21 15/21 17/7
HUNDRED [1] 10/11

# I

I'LL [3] 6/13 7/7 17/13
I'M [9] 7/4 10/3 10/21 13/14 13/16 14/21 15/6 15/6 17/21
III [1] 1/16
IMMUNE [1] 19/2
IMMUNITY [4] 5/6 6/22 8/19 18/25
IMPRESSION [1] 7/2
INCLUDE [1] 9/7
INCLUDING [1] 12/12
INDICATE [1] 3/13
INDICATED [1] 11/13
INDIVIDUAL [2] 9/3 10/12
INFORMED [2] 3/22 9/18
INITIAL [1] 9/4
INITIALLY [1] 7/7
INJUNCTION [5] 13/1 13/2 13/6 17/17 18/7
INJURED [1] 4/21
INJURIES [1] 13/7
INJURY [3] 13/21 15/17 15/17
INSTEAD [1] 16/18
INSTRUCTION [3] 13/23 16/22 17/6
INSURANCE [2] 9/18 11/23
INSURER [1] 4/24
INTENDED [2] 17/5 17/6
INTENDING [1] 16/13
INTENT [1] 17/4
INTERPRET [1] 14/12
INTERPRETATION [1] 14/20
INTERPRETED [2] 15/24 17/8
INTRODUCE [1] 2/12
INVOLVED [4] 14/3 15/11 16/8 18/3
INVOLVES [1] 4/13
INVOLVING [1] 16/20
IS [56]
ISN'T [2] 17/2 17/2
ISSUE [4] 6/13 11/16 17/16 18/17
ISSUES [2] 7/1 12/18
IT [28]
IT'S [12] 4/11 5/13 6/25 7/15 8/2 8/11 11/13

**I**

IT'S... [5]  11/16 12/18 13/1 13/23 16/10
ITS [4]  9/22 14/4 14/19 14/22
ITSELF [1]  3/16

**J**

JOIN [1]  9/22
JONES [2]  1/16 2/7
JUDGE [14]  1/6 2/24 3/12 3/16 3/23 4/18
 6/13 6/20 7/7 8/14 17/13 17/14 17/18 18/14
JUDGMENT [7]  2/21 6/11 6/14 7/6 19/4
 19/6 19/8
JUDY [2]  1/18 19/17
JURISDICTION [1]  6/23
JURISDICTIONAL [1]  2/22
JUST [12]  6/1 6/25 7/4 11/16 12/9 12/20
 13/16 17/2 18/2 18/7 18/10 19/5

**K**

K.P [5]  1/4 2/1 2/3 9/15 10/5
KEEP [2]  12/10 14/23
KEEPING [1]  12/14
KICKED [1]  14/13
KIND [2]  16/18 16/19
KNEW [1]  17/1
KNOW [1]  3/23
KNOWS [2]  3/6 5/3

**L**

LANGUAGE [3]  16/25 17/1 17/2
LATER [5]  6/12 9/18 11/11 18/3 19/6
LAW [5]  7/13 7/17 12/5 12/18 13/1
LAWS [6]  12/2 12/3 12/6 12/16 13/25 16/5
LAWSUIT [4]  7/8 15/14 15/15 18/9
LAWSUITS [2]  17/19 17/20
LEAST [2]  5/15 8/2
LEBLANC [7]  1/6 2/1 3/4 4/19 5/7 5/22 6/5
LET'S [2]  2/22 11/2
LIABILITY [14]  4/7 6/13 9/7 10/9 10/14
 11/5 12/3 12/12 14/7 14/10 14/16 14/17 16/6
 16/15
LICENSE [1]  10/12
LIKE [1]  2/12
LIMITATION [5]  4/7 6/13 9/7 10/9 10/13
LIMITATIONS [3]  12/3 12/12 16/6
LIMITED [1]  5/6
LITIGANT [1]  18/18
LITIGANTS [1]  17/19
LITIGATION [2]  4/6 10/20
LITTLE [1]  5/25
LONGER [1]  15/16
LONGER A [1]  15/16
LORRAINE [2]  1/6 2/1
LOT [1]  14/22
LOUISIANA [8]  1/2 1/20 3/8 3/25 9/12 12/1
 17/20 18/20

**M**

MA'AM [1]  2/16
MAKE [2]  2/5 17/25
MAKES [2]  9/3 9/4
MAKING [1]  2/13
MALPRACTICE [26]
MATTER [1]  19/15
MAY [2]  3/23 19/4
ME [3]  15/21 16/1 16/25
MEANT [1]  10/13
MEDICAL [38]
MEETINGS [1]  5/21
MEMBERS [4]  3/3 5/9 5/19 8/24

**MET** [1]  8/24
MIDDLE [1]  1/2
MINISTERIAL [1]  8/7
MONITOR [1]  6/1
MONTHS [1]  10/19
MOOT [1]  19/9
MOOTNESS [1]  7/5
MORE [1]  18/17
MORNING [9]  2/2 2/7 2/10 2/14 2/15 2/24
 2/25 8/16 8/17
MOTION [8]  2/21 2/22 3/17 5/17 7/1 19/1
 19/8 19/9
MOTIONS [6]  2/20 2/21 3/1 3/3 3/12 6/11
MOVED [1]  4/8
MR [2]  1/13 1/16
MS [8]  1/13 2/15 3/4 4/18 5/7 5/22 6/5 8/15
MY [2]  7/1 8/2

**N**

NECESSARY [1]  5/13
NEW [2]  2/11 2/12
NO [11]  1/5 5/7 5/9 8/4 14/21 15/3 15/16 16/1
 16/1 17/24 18/22
NOMINATED [1]  5/10
NON [1]  9/16
NON-QUALIFIED [1]  9/16
NOT [42]
NOTHING [6]  4/20 5/18 5/19 5/23 6/2 6/4
NOW [12]  5/17 6/8 6/15 7/24 10/18 10/22
 11/23 12/19 13/15 15/7 15/13 19/8
NUMBER [1]  10/25
NUMBERED [1]  19/15

**O**

OBLIGATION [3]  15/23 18/16 18/20
OBTAIN [1]  9/6
OBTAINING [4]  9/13 10/6 12/11 12/15
OCCUR [1]  15/18
OCCURRED [1]  15/17
OFFICER [2]  8/20 8/22
OFFICER'S [1]  8/19
OFFICIAL [1]  19/18
OFFICIALS [1]  19/2
OKAY [8]  2/9 8/9 8/13 13/14 13/19 16/25
 17/10 19/10
OKPALOBI [3]  15/8 15/15 17/15
ONCE [2]  4/8 5/24
ONE [7]  4/4 4/11 4/13 4/23 6/25 10/11 10/25
ONLY [4]  4/14 6/10 8/22 14/5
ORAL [3]  1/9 2/13 19/5
ORDER [1]  6/16
ORGANIZE [1]  4/23
ORLEANS [1]  2/11
OTHER [10]  5/22 6/1 9/19 11/15 11/17 12/18
 13/4 14/6 14/15 15/3
OTHERS [1]  15/6
OTHERWISE [2]  8/6 10/6
OUR [1]  8/10
OUT [5]  6/21 8/5 11/20 14/3 14/14
OVERCOME [1]  6/16
OVERSIGHT [6]  3/4 4/19 5/12 5/16 8/25 9/4

**P**

PANEL [28]
PANELS [1]  7/23
PAPERWORK [1]  11/21
PART [7]  4/7 4/14 4/15 4/21 6/10 7/22 11/7
PARTE [12]  3/11 5/2 5/3 5/13 6/20 6/21 8/19
 8/20 8/22 9/24 13/5 17/17
PARTICULAR [5]  4/3 4/18 7/24 11/1 11/16
PARTICULARLY [1]  3/10

**PARTIES** [2]  6/2 13/20
PARTS [1]  3/2
PARTY [3]  7/15 13/17 18/11
PATIENT [2]  8/25 11/6
PATIENTS' [3]  3/3 3/5 11/19
PAY [1]  4/2
PAYING [1]  11/20
PCF [18]  3/23 3/25 4/13 4/21 4/21 4/22 5/22
 5/25 7/8 7/9 7/13 8/7 12/4 12/19 12/20 18/2
 18/5 18/20
PENDING [2]  7/11 8/12
PEOPLE [1]  12/21
PERFORM [5]  11/25 12/10 12/16 16/11
 16/24
PERFORMED [3]  11/18 11/22 11/24
PERHAPS [1]  6/12
PERIOD [2]  11/18 11/21
PERIOD WHEN [1]  11/18
PERSON [2]  8/21 16/13
PHYSICIAN [1]  9/4
PHYSICIAN'S [2]  9/7 10/12
PHYSICIANS [8]  9/12 9/22 11/5 12/10 12/14
 16/4 16/11 16/23
PLACE [3]  7/11 7/12 8/8
PLAINTIFF [4]  9/19 13/7 16/18 17/4
PLAINTIFF'S [2]  10/1 10/4
PLAINTIFFS [15]  1/12 2/11 3/7 9/10 11/9
 11/14 11/18 11/22 12/25 13/15 13/21 14/18
 15/2 17/8 19/7
PLAINTIFFS' [2]  13/10 15/16
PLANTIFFS [1]  13/3
PLAY [2]  9/2 12/8
PLAYER [1]  18/2
PLEASE [1]  2/6
POINT [7]  3/16 7/10 7/15 13/22 16/25 18/1
 18/1
POSITION [4]  8/1 8/3 9/5 9/14
POSITIONS [1]  7/24
POSSIBLY [1]  11/11
PRESCREENING [1]  4/5
PRESCRIBED [1]  4/10
PREVENT [2]  13/3 16/11
PREVENTING [1]  10/4
PRIMARY [1]  8/21
PRIOR [2]  3/22 4/5
PRIVATE [5]  3/19 4/11 4/20 18/11 18/18
PROBABLY [4]  3/17 5/3 14/22 15/6
PROBLEM [2]  14/21 14/23
PROCEDURE [1]  3/23
PROCEDURES [4]  11/17 11/22 11/24 11/25
PROCEEDING [1]  16/14
PROCEEDINGS [1]  19/14
PROCESS [4]  4/5 5/19 7/14 7/24
PROGRAM [1]  4/1
PROPER [4]  6/24 13/4 15/10 18/14
PROPERLY [1]  19/1
PROVE [1]  4/1
PROVIDED [1]  18/19
PROVIDER [5]  3/20 4/12 14/1 14/13 18/12
PROVIDERS [3]  4/1 9/21 13/4
PROVIDES [2]  12/2 17/14
PROVISION [1]  12/8
PURPOSES [3]  4/22 9/16 15/21
PURSUANT [1]  12/23
PUT [5]  7/10 7/12 8/8 10/21 11/2
PUTTING [3]  10/16 12/18 15/20

**Q**

QUALIFIED [2]  9/5 9/16
QUESTION [3]  6/25 7/21 11/23
QUESTIONS [1]  2/22

## Q

QUITE [1] 5/24
QUOTE [1] 8/23

## R

RAISES [1] 2/22
RALPH [1] 1/6
RATHER [2] 16/15 16/16
READ [2] 6/20 12/9
READING [1] 11/14
REALIZED [1] 8/10
REALLY [4] 6/2 6/10 7/15 7/25
REASONS [4] 10/24 18/24 19/5 19/5
RECEIVE [1] 4/22
RECOGNIZED [1] 17/16
RECORD [1] 19/14
REDRESS [1] 13/6
REDRESSABILITY [1] 17/16
REFORM [1] 14/14
REFORMS [1] 14/9
REFUSED [2] 7/8 7/9
REGIME [2] 14/14 14/15
RELATED [4] 3/9 9/14 9/23 16/24
RELEGATE [1] 5/11
RELEVANT [1] 7/1
REMAINING [1] 6/10
REMEDY [2] 16/14 17/15
REMOVE [1] 3/10
RENDERED [2] 19/4 19/6
REPORTED [1] 1/18
REPORTER [1] 19/18
REPRESENT [1] 2/11
REQUEST [2] 6/1 8/8
REQUIRE [1] 8/20
REQUIRED [2] 9/24 18/22
REQUIREMENT [1] 8/24
REQUIREMENTS [1] 5/2
REQUIRES [4] 5/3 5/14 8/22 12/10
RESERVED [3] 11/4 11/10 11/12
RESPECT [1] 4/14
RESPECTFULLY [1] 16/21
RESPONSIBILITY [1] 4/2
RESPONSIBLE [1] 8/21
RET [1] 2/3
REVIEW [10] 4/4 4/23 5/24 6/1 6/8 7/10
  7/14 7/22 9/8 12/13
REVISED [4] 3/8 3/25 9/12 12/2
REVISIONS [1] 3/10
RIGHT [15] 2/20 6/15 6/15 8/4 10/15 10/23
  11/4 11/4 11/10 11/12 13/17 15/7 16/7 16/10
  17/14
RIPE [1] 6/12
RITTENBERG [2] 1/13 2/11
ROLE [1] 12/8
ROUGE [1] 1/20
RULING [2] 19/9
RUN [1] 7/9

## S

SAID [5] 8/6 14/23 16/1 16/2 18/17
SATISFIED [1] 7/23
SATISFY [2] 5/2 9/24
SAVE [1] 6/13
SAY [6] 4/16 7/25 8/11 12/19 14/12 17/1
SAYING [1] 14/9
SAYS [5] 12/16 12/19 13/25 14/2 17/21
SAYS THAT [1] 13/25
SCENARIO [1] 7/17
SCENARIO A [1] 7/17
SCHEME [1] 8/3

SCREEN [1] 9/8
SEATED [1] 2/2
SECOND [1] 4/7
SEE [2] 6/22 7/3
SEEK [1] 4/12
SEEKING [3] 3/20 4/13 12/25
SEEMS [3] 14/5 17/3 18/9
SEPARATES [1] 3/3
SERVE [1] 4/24
SERVES [1] 4/22
SERVICES [2] 9/14 16/24
SERVING [1] 3/24
SET [5] 5/25 6/8 7/23 8/11 14/6
SHALL [2] 12/20 12/20
SHE [1] 16/18
SHOOTING [2] 14/24 14/24
SHOULD [3] 3/18 16/18 18/8
SHOW [2] 6/5 6/17
SHOWS [1] 5/18
SIDE [1] 10/21
SIMPLY [1] 6/15
SINCE [1] 2/21
SIR [1] 7/5
SITUATION [1] 14/1
SO [21]
SOLE [1] 8/20
SOME [7] 5/4 5/14 7/10 8/5 8/23 9/25 18/4
SOMEBODY [1] 17/21
SOMEHOW [2] 6/6 12/5
SOMETHING [1] 13/16
SOMETIME [1] 6/12
SORRY [1] 10/3
SPEAK [1] 14/3
SPECIFICALLY [1] 3/21
SPECULATIVE [1] 15/16
STANDARD [1] 14/8
START [1] 2/22
STATE [16] 3/24 4/1 5/4 5/7 5/8 5/9 5/15
  7/13 7/18 8/6 8/18 8/22 17/20 18/5 18/9 19/2
STATED [1] 15/9
STATES [2] 1/1 1/19
STATUE [1] 10/23
STATUTE [58]
STATUTES [1] 3/25
STATUTORY [1] 8/2
STEP [1] 14/11
STEPHANIE [2] 1/13 2/12
STILL [2] 6/23 7/11
STOP [5] 6/10 13/8 13/9 17/18 17/18
STREET [1] 1/20
STRICT [5] 14/7 14/10 14/16 14/17 16/15
SUBJECT [1] 3/15
SUBSEQUENTLY [1] 10/17
SUCH [2] 7/3 18/2
SUFFERED [1] 13/7
SUFFICIENT [1] 3/13
SUGGEST [2] 18/8 18/13
SUIT [2] 7/17 19/3
SUMMARY [5] 2/21 6/11 6/14 7/6 19/8
SUPPLEMENTARY [1] 19/5
SURCHARGE [1] 4/2
SURCHARGES [1] 11/20

## T

TAKE [1] 6/2
TAKEN [2] 5/17 14/11
TARGET [2] 14/25 17/14
TELL [5] 14/2 15/21 16/1 16/16 16/18
TELLING [3] 16/10 16/13 16/16
TELLS [3] 16/3 16/8 16/22
TERMS [1] 13/17

THAN [3] 6/1 16/15 16/16
THANK [7] 6/24 8/9 8/13 8/14 17/10 17/11
  19/10
THAT [128]
THAT'S [19] 4/10 4/16 4/18 5/5 5/6 6/14
  7/21 9/23 9/23 10/13 14/4 14/6 14/13 14/17
  15/13 17/3 17/6 17/20 17/22
THE ELEVENTH [1] 5/6
THE MOOTNESS [1] 7/5
THE OKPALOBI [2] 15/15 17/15
THE POSITION [1] 9/14
THEIR [4] 11/13 11/20 11/21 16/14
THEM [9] 9/17 12/5 12/9 12/10 13/3 13/8
  13/9 13/16 14/2
THEN [5] 3/4 4/2 7/15 7/16 17/8
THERE [14] 2/23 3/10 3/13 5/4 5/10 5/14 7/6
  10/24 13/15 15/3 15/6 17/2 17/2 17/15
THERE'S [10] 5/7 5/9 6/4 11/23 14/22 15/4
  15/4 15/16 18/3 18/4
THESE [28]
THEY [41]
THEY'RE [1] 12/19
THINK [5] 6/20 14/25 15/22 16/21 17/13
THINKING [1] 15/7
THIS [43]
THOSE [14] 4/4 4/22 5/22 9/1 9/6 9/10 10/8
  11/8 11/24 12/3 12/11 12/14 13/6 18/24
THOUGH [2] 3/3 13/13
THOUGHT [1] 11/10
THOUSAND [1] 10/11
THOUSANDS [1] 11/22
THREATENING [3] 5/14 6/5 6/18
THROUGH [3] 4/5 4/8 5/16
TIME [1] 11/2
TITLE [1] 3/24
TO PLANTIFFS [1] 13/3
TODAY [1] 6/17
TOLD [2] 8/6
TORT [2] 14/9 14/14
TOTI [4] 1/13 2/12 2/15 8/15
TRANSCRIPT [1] 19/13
TRICK [1] 18/7
TRIGGERS [1] 4/15
TRUE [1] 17/3
TWO [5] 3/2 4/3 4/22 11/18 11/21
TYPICAL [1] 7/16
TYSON [1] 1/6

## U

ULTIMATELY [1] 11/6
UNCONSTITUTIONAL [3] 6/20 13/2 13/12
UNDER [24]
UNDERLINE [1] 6/9
UNDERSTAND [3] 8/1 13/19 13/21
UNDERSTANDING [1] 8/2
UNITED [2] 1/1 1/19
UNLESS [1] 15/11
UNTIL [3] 6/3 7/16 18/3
UP [5] 2/20 5/25 6/8 7/23 8/11
US [2] 8/6 15/19

## V

VERSUS [2] 1/5 2/4
VERY [3] 5/6 5/25 18/9
VIEW [1] 19/9
VOLUNTARY [1] 3/25

## W

WAS [11] 3/18 7/2 7/3 7/8 7/10 7/11 8/3 8/3
  9/16 10/19 10/20
WAY [5] 7/22 7/24 8/11 11/7 14/3

## W

WE [10]  3/1 6/14 7/6 8/10 9/11 13/13 14/18
15/20 17/18 18/3
WELL [11]  7/6 7/21 8/5 10/16 10/24 11/12
15/5 15/19 15/24 16/3 18/9
WERE [10]  5/17 5/17 5/18 11/18 11/18 11/19
11/24 15/10 15/11 17/1
WHAT [13]  6/16 7/25 9/9 10/2 10/13 13/8
14/24 16/1 16/2 16/17 16/18 16/19 17/5
WHEN [8]  6/3 7/7 9/3 11/18 11/19 11/20
17/20 17/22
WHERE [3]  4/5 4/16 9/22
WHEREAS [1]  4/1
WHETHER [3]  9/5 11/23 18/4
WHICH [10]  3/14 3/16 3/18 4/14 6/19 7/9
9/20 10/6 10/23 10/24
WHO [10]  2/13 4/11 7/12 7/13 12/10 12/23
13/5 14/24 16/11 16/23
WHY [2]  2/18 3/17
WILL [9]  2/13 6/22 12/23 12/23 14/10 19/1
19/4 19/6 19/8
WILLIAM [1]  1/13
WITHHOLD [3]  11/11 11/13 16/23
WITHHOLDING [2]  11/8 11/9
WOMAN [2]  3/19 4/11
WOMEN [3]  2/4 9/20 10/5
WON'T [1]  18/7
WORDS [1]  14/7
WORKING [1]  9/19
WOULD [12]  2/5 2/12 7/2 9/21 9/22 10/6
13/3 13/6 13/8 13/9 16/15 18/13
WRITING [1]  17/15
WRITTEN [1]  19/5
WRONG [2]  14/25 15/1

## Y

YEAH [1]  17/25
YES [3]  2/17 7/5 10/10
YOU [32]
YOU'RE [5]  12/17 13/17 14/2 14/24 14/25
YOU'VE [1]  17/13
YOUNG [12]  3/12 5/2 5/3 5/13 6/21 6/22
8/19 8/20 8/22 9/24 13/5 17/17
YOUNGER [1]  12/22
YOUR [28]