UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2009 SEP 29   A 10: 41

K.P., ET AL

VERSUS

LORRAINE LEBLANC, ET AL

CIVIL ACTION

NO. 07-879-RET

### ORDER OF DISMISSAL

In accordance with the court's reasons read into the record on August 26, 2009;

IT IS ORDERED, ADJUDGED, AND DECREED that this matter is hereby dismissed.

Baton Rouge, Louisiana, September 29, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA